IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01871-WYD-CBS

NANCY SKINNER,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THE COURT, having reviewed the Notice of Dismissal with Prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby

ORDERS that this case is **DISMISSED WITH PREJUDICE**, each party to pay her or its own attorney's fees and costs.

Dated: September 23, 2008

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge